James C. Zimmermann, Esq. JCZ-2653
The Law Offices of James C. Zimmermann, Esq.
244 Route 94
Suite 100
P.O. Box 472
Vernon, New Jersey 07462
(973) 764-1633
Attorney for the Debtors

-----------------------------------------------------------x

In Re:

John Mericle
Jennifer Mericle

-----------------------------------------------------------x

United States Bankruptcy Court
District of New Jersey
Chapter: 13
Case No.: 19-25693
Hearing Date:  September 10, 2020  10 a.m.
Judge:  JKS

**OBJECTION**

I, Jennifer Mericle, being of full age do depose and say:

1. I am the Joint Debtor in this matter.

2. I object to the relief sought by MidFirst Bank.

3. Any missed payments were a result of financial circumstances beyond my control.

4. I will be able to cure any default.

I certify that the statements contained herein are true I am aware that if any statements contained herein are willfully false, I am subject to punishment.

Dated: 8/18/2020            /s/ Jennifer Mericle
                            Jennifer Mericle, Joint Debtor