UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

**Order Filed on September 21, 2020**

**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

    Jennifer T. Mericle, John A. Mericle

Debtors.

Case No.:  <u>19-25693 JKS</u>

Adv. No.:

Hearing Date:  <u>9/10/2020 @ 10:00 A.M.</u>

Judge:  <u>John K. Sherwood</u>

### ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 21, 2020**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtors:   Jennifer T. Mericle, John A. Mericle
Case No:  19-25693 JKS
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR
RELIEF FROM STAY

_____

    This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 2 Maida Drive, Sussex, NJ 07461, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and James C. Zimmermann, Esquire, attorney for Debtor, and for good cause having been shown

    It is **ORDERED, ADJUDGED and DECREED** that as of August 26, 2020, Debtor is due for the March 2020 through August 2020  post-petition payment for a total default of $10,527.75 ( 6 @ $1,917.39, $976.59 less suspense); and

    It is **ORDERED, ADJUDGED and DECREED** that Debtor shall make an immediate payment of $10,527.75 to be received no later than September 15, 2020; and

    It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume September 1, 2020, directly to Secured Creditor's servicer, MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

    It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

    It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

    It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtor's Chapter 13 plan and the motion is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-25693-JKS
John A Mericle                                                            Chapter 13
Jennifer T. Mericle
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1            Date Rcvd: Sep 21, 2020
                             Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2020.
db/jdb         +John A Mericle,   Jennifer T. Mericle,   2 Maida Drive,   Sussex, NJ 07461-3516

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2020 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          James C. Zimmermann   on behalf of Joint Debtor Jennifer T. Mericle jim@jzlawyer.com,
           office@jzlawyer.com
          James C. Zimmermann   on behalf of Debtor John A Mericle jim@jzlawyer.com,  office@jzlawyer.com
          Marie-Ann Greenberg   magecf@magtrustee.com
          Shauna M Deluca   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           sdeluca@rasflaw.com
          Sindi Mncina   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           smncina@rascrane.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 7