UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

John A. Mericle
Jennifer T. Mericle

Case No.: 19-25693

Chapter: 13

Judge: JKS

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, Jennifer T Mericle, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 8/16/2022

/s/ Jennifer T. Mericle
Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a **completed** Certification in Support of Discharge.

*rev.8/1/18*