| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | John A Mericle | Social Security number or ITIN   xxx–xx–4036 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | Jennifer T. Mericle | Social Security number or ITIN   xxx–xx–1720 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–25693–JKS | | |

## Order of Discharge                                                              12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  John A Mericle                                  Jennifer T. Mericle

  10/6/22                                         **By the court:** John K. Sherwood
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support
    obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified
    in 11 U.S.C. §§ 507(a)(8)( C),
    523(a)(1)(B), or 523(a)(1)(C) to the
    extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
John A Mericle  
Jennifer T. Mericle  
    Debtors

Case No. 19-25693-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Oct 06, 2022      Form ID: 3180W      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John A Mericle, Jennifer T. Mericle, 2 Maida Drive, Sussex, NJ 07461-3516 |
| 518406645 | + | Capital One Best Buy, 46 East Route 59, Nanuet, NY 10954-2903 |
| 518406646 | + | Capital One Cabellas, 46 East Route 59, Nanuet, NY 10954-2903 |
| 518406652 | | Genesis Laboratory Managemen, 1912 NJ-35, Oakhurst, NJ 07755 |
| 518406653 | + | Greenheart Medical, PO Box 261, Woodbridge, NJ 07095-0261 |
| 518406663 | | Synergy Orthodontics, 920 Germantown Pike, Suite 210, Plymouth Meeting, PA 19462-7401 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 06 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 06 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518406641 | + | Email/Text: backoffice@affirm.com | Oct 06 2022 20:39:00 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 518406643 | | Email/Text: BNBSB@capitalsvcs.com | Oct 06 2022 20:38:00 | Bryant State Bank, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221 |
| 518406642 | + | Email/Text: jcissell@bankofmissouri.com | Oct 06 2022 20:38:00 | Bank of Missouri, 916 North Kings Highway, Perryville, MO 63775-1204 |
| 518406644 | + | EDI: CAPITALONE.COM | Oct 07 2022 00:38:00 | Capital One, PO BOX 30281, Salt Lake City, UT 84130-0281 |
| 518493853 | | Email/PDF: bncnotices@becket-lee.com | Oct 06 2022 20:43:31 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518406648 | + | Email/Text: bankruptcy@cavps.com | Oct 06 2022 20:39:00 | Cavalry Portfolio Service, LLC, P.O Box 1017, Hawthorne, NY 10532-7504 |
| 518410372 | + | Email/Text: bankruptcy@cavps.com | Oct 06 2022 20:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518406649 | + | EDI: CITICORP.COM | Oct 07 2022 00:38:00 | Citibank, NA, 399 Park Ave, New York, NY 10022-4614 |
| 518406650 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 06 2022 20:43:31 | Credit One Bank N.A., P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 518406651 | + | EDI: AMINFOFP.COM | Oct 07 2022 00:38:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518406654 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Oct 06 2022 20:39:00 | Keybank, NA, 4910 Tiedman Road, Cleveland, OH 44144-2338 |
| 518406655 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

Case 19-25693-JKS    Doc 41    Filed 10/08/22    Entered 10/09/22 00:11:50    Desc Imaged
                    Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 06, 2022 | Form ID: 3180W | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 06 2022 20:38:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518406657 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2022 20:43:26 | LVNV Funding, Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 518406658 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2022 20:43:32 | LVNV Funding LLC, PO Box 740281, Houston, TX 77274-0281 |
| 518416623 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2022 20:43:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518406656 | + | Email/Text: bk@lendingclub.com | Oct 06 2022 20:39:00 | LendingClub, Attn: Bankruptcy, 71 Stevenson St, Ste 1000, San Francisco, CA 94105-2967 |
| 518525194 | + | EDI: LENDNGCLUB | Oct 07 2022 00:38:00 | LendingClub Corporation, 595 Market St., Suite 200, San Francisco, CA 94105-2807 |
| 518442724 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 06 2022 20:43:23 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518406659 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 06 2022 20:43:30 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518782532 | + | EDI: AISMIDFIRST | Oct 07 2022 00:38:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 518782531 | + | EDI: AISMIDFIRST | Oct 07 2022 00:38:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518406660 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 06 2022 20:38:00 | Nationstar Mortgage, 350 Highland Drive, Lewisville, TX 75067 |
| 518472484 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 06 2022 20:38:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 518418379 | + | Email/Text: RASEBN@raslg.com | Oct 06 2022 20:38:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518406661 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 06 2022 20:43:30 | Ollo, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 518459510 | + | EDI: JEFFERSONCAP.COM | Oct 07 2022 00:38:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518406662 | + | Email/Text: bankruptcy@savit.com | Oct 06 2022 20:39:00 | Sa-vit Collection Agen, 46 W Ferris St, East Brunswick, NJ 08816-2159 |
| 518407523 | + | EDI: RMSC.COM | Oct 07 2022 00:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518406664 | | Email/Text: membersolutions@visionsfcu.org | Oct 06 2022 20:38:00 | Visions Federal Credit Union, Attn: Bankruptcy, 24 McKinley Ave., Endicott, NY 13760 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518406647 | | Capone |
| cr | *+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| James C. Zimmermann | on behalf of Joint Debtor Jennifer T. Mericle jim@jzlawyer.com  office@jzlawyer.com |
| James C. Zimmermann | on behalf of Debtor John A Mericle jim@jzlawyer.com  office@jzlawyer.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Shauna M Deluca | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper sdeluca@hasbanilight.com  hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7